July 02, 2010

Mr. Thomas R. Phillips
Baker Botts L.L.P.
98 San Jacinto Center, Suite 1500
Austin, TX 78701

Mr. Michael Philip Aigen
Lackey Hershman, L.L.P.
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219-4241
Ms. Kennon Lathem Peterson
Baker Botts, LLP
98 San Jacinto Blvd., Suite 1500
Austin, TX 78701

RE: Case Number: 06-0975
 Court of Appeals Number: 05-05-00092-CV
 Trial Court Number: 02-1499-E & 03-01019-E

Style: GRANT THORNTON LLP
 v.
 PROSPECT HIGH INCOME FUND, ML CBO IV (CAYMAN), LTD., PAMCO CAYMAN,
 LTD., AND PAM CAPITAL FUNDING, L.P.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Guzman and Justice Lehrmann not sitting)

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Lisa Matz |
| |Mr. Jim Hamlin |
| |Mr. Douglas W. |
| |Alexander |
| |Mr. E. Lee Parsley |
| |Ms. Kelly M. Hnatt |